UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MICHAEL VAN AELSTYN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 23-136-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| COLEMAN SPARKS, et al., | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a Joint Motion for Extension of Time requesting a status conference and entry of an amended scheduling order. [Record No. 36] While the parties agree that additional time is needed to complete discovery, they disagree regarding how much of an extension is required. Per the Amended Scheduling Order, the parties were to complete all discovery by June 24, 2024. [Record No. 27]

Plaintiff Michael Van Aelstyn reports that the defendants' expert, Robert Young, has been unavailable for a deposition but is scheduled to be deposed on July 2, 2024. Van Aelstyn requests the discovery deadline be extended to accommodate the deposition and that the *Daubert* motion deadline be extended by one week. The defendants request a longer extension due to ongoing delays in obtaining third-party discovery from the Federal Bureau of Investigation and Department of Justice (collectively, "the Government"). They report several unsuccessful attempts to obtain relevant discovery material dating back to February 15, 2024.

On June 10, 2024, the defendants filed a Motion to Compel and Application for Show Cause Order seeking to compel the Government to comply with the five subpoenas that have

been served on it since February 15, 2024. [Record No. 33] At the direction of United StatesMagistrate Judge Edward B. Atkins, the defendants served the Government with a copy of the motion to compel and the pleadings in this matter on June 12, 2024. [Record Nos. 34, 35]

The Court recognizes the importance of the discovery material being sought as well as the uncertainty surrounding its production timeline. Until this discovery issue is resolved by Magistrate Judge Atkins, it would be a waste of judicial resources to hold a status conference or blindly amend the scheduling order. Therefore, it is hereby

**ORDERED** as follows:

1. The Amended Scheduling Order entered February 28, 2024 [Record No. 27] is **SUSPENDED**.

2. The parties' Joint Motion for Extension of Time [Record No. 36] is **DENIED**, as moot.

3. **Within 7 days of the third-party discovery dispute being resolved,** the parties are directed to tender a joint filing proposing new deadlines for a reinstated scheduling order. If the parties so desire, they may request a status conference at that time.

Dated: June 26, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky